UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL A. TAYLOR,<br><br>                     Plaintiff,<br><br>   v.<br><br>CITY OF CHENEY,<br><br>                     Defendant. | NO: 11-CV-0170-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal of Plaintiff's Claims Against Defendants (ECF No. 91). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **IT IS HEREBY ORDERED**:

2  The parties' Stipulation for Dismissal of Plaintiff's Claims Against

3  Defendants (ECF No. 91) is **GRANTED**.  Pursuant to the parties' stipulation, all

4  claims and causes of action in this matter are **DISMISSED** with prejudice and

5  without costs to any party.

6  The District Court Executive is hereby directed to enter this Order, furnish

7  copies to counsel, and **CLOSE** the file.

8  **DATED** June 5, 2013.



            _/s/ Thomas O. Rice_
            THOMAS O. RICE
            United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2