# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MICHAEL A. TAYLOR <br> *Plaintiff* <br> v. <br> CITY OF CHENEY <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 11-CV-0170-TOR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The case is dismissed with prejudice and without any costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on a motion for
Stipulated Dismissal of Plaintiff's Claims Against Defendants.

Date: 06/05/2013

CLERK OF COURT

s/ Linda L. Hansen
Deputy Clerk

Signature of Clerk or Deputy Clerk